### ARTHUR LEE v. THE STATE.

No. 23478. Delivered ·November 13, 1946.

The opinion states the case.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed at five years in the penitentiary.

The record contains neither statement of facts nor bills of exception. All proceedings appear regular save the sentence omits giving effect to the indeterminate sentence law. The sentence is reformed to direct the confinement of appellant in the penitentiary for not less than two nor more than five years.

As so reformed, the judgment is affirmed.